No. 82–5337.   MITCHELL v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 82–5338.   DEGIDEO v. SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.

No. 82–5340.   BUTTERY v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 82–5354.   VESPUCCI v. NEW YORK.   App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.   Certiorari denied.

No. 82–5355.   DOANE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–5361.   JANOVICH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5362.   DIXON v. MACDOUGALL.   C. A. 9th Cir. Certiorari denied.

No. 82–5363.   LEWIS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 82–5366.   BURKHART v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–5368.   HOLLY v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5369.   REYES v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 82–5381.   REAM v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–5390.   MANOS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–5393.   MEISNER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.